UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CR00329 HEA (AGF) |
| ) | |
| TERRANCE A. BETHEA, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

**IT IS HEREBY ORDERED** that a hearing on the Government's Motion to Determine Whether Government Can Administer Antipsychotic Drugs Involuntarily to Defendant is set for **Thursday, April 13, 2006, at 1:30 p.m.** Drs. Lea Ann Preston, Clinical Psychologist, and Robert Sarrazin, Chief Psychiatrist, shall participate in this hearing by telephone.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve a copy of this Order on Drs. Preston and Sarrazin.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 5th day of April, 2006.